Order entered February 4 , 2013



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-13-00112-CV

## IN RE MARTIN GONZALEZ AND MARIO ARROYO, Relators

On Appeal from the 301st Judicial District Court
Dallas County, Texas
Trial Court Cause No. 10-16734

# ORDER

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We **ORDER** relators to bear the cost of this original proceeding.

JIM MOSELEY
JUSTICE